UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LOGAN,

        Plaintiff,                     Case No. 1:12-CV-602

v.                                      HON. GORDON J. QUIST

NATURAL WELLNESS, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 10, 2012. The Report and Recommendation was duly served on Plaintiff on July 11, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 10, 2012, (docket no. 9), is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (docket no. 1), is **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion Requesting Invocation of Pendent Jurisdiction (docket no. 4) is **DISMISSED as moot**.

Dated: August 6, 2012                                       /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE